IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| TRANXITION, INC., a Delaware corporation,<br><br>    Plaintiff,<br>vs.<br><br>APPSENSE, INC., a Delaware corporation,<br><br>    Defendant. | Civil Case No. 3:12-cv-1403-BR<br><br>[PROPOSED] CLAIM CONSTRUCTION ORDER |

## CLAIM CONSTRUCTION ORDER

Based upon the claim construction briefs filed by the parties as well as the arguments presented during the hearing on August 16, 2013, IT IS HEREBY ORDERED AS FOLLOWS:

During the claim construction process, the parties agreed on, and the Court hereby adopts, the following constructions:

[PROPOSED] CLAIM CONSTRUCTION ORDER

| Term | Agreed Construction |
|---|---|
| Personality information | Collection of configuration settings and files that represent the personality of the computer or other device |
| Configuration information | Information related to configuration settings |
| Personality information store | Computer memory that stores personality information |
| Persistent storage medium | Disk drives or other persistent storage |
| Personality | No construction necessary |
| Adopting a personality of a source | No construction necessary |
| Software that is automatically executed when the storage medium is connected to the source or the target | No construction necessary |
| Application | No construction necessary |
| Application that is to execute as the process | No construction necessary |
| Function | No construction necessary |
| Personality information of the source is not stored on to a personality information store of the target | No construction necessary |
| Personality information extracted from the source | No construction necessary |
| Setting a registry entry of a system/wherein a registry entry of a system registry is set | No construction necessary |
| Loaded as part of each process | No construction necessary |
| Intercept/interception/intercepting requests/of requests/the requests | No construction necessary |
| Canonical form | No construction necessary |
| Target-specific form | No construction necessary |
| Functions that are to be | No construction necessary |

| | |
|---|---|
| intercepted | |
| Intercept the invocation of the located function | No construction necessary |
| | |
| Executes before other code of the process/executed before other code of the process | Executes before any other code of the process/executed before any other code of the process |
| Process | An instance of the execution of an application on a target device |

In addition, after considering the evidence and the parties' arguments and for the reasons expressed during the August 16, 2013 hearing, the Court adopts the following constructions:

| Term | Construction |
|---|---|
| Target | No construction necessary |
| Source | No construction necessary |
| Storage Medium | No construction necessary |
| Startup interceptor DLL | Dynamic Link Library that intercepts requests for personality information and that is loaded as part of each process and that executes before other code of the process |
| Personality information of the provided storage medium | Personality information of the source that is stored on the storage medium |
| Injecting code into the process / injects code into a process | No construction necessary |
| a component that intercepts requests to retrieve personality information of the target | This term will be address further in supplemental briefing and expert testimony, to be filed no later than October 11, 2013. |
| a component that, when a request is intercepted, retrieves personality information of a source and replies to the request with the retrieved personality information of the source, rather | This term will be address further in supplemental briefing and expert testimony, to be filed no later than October 11, 2013. |

| Term | Construction |
|---|---|
| than the personality information of the target | |

Accordingly, the Court adopts the claim constructions set out above.

IT IS SO ORDERED.

DATED: October 7, 2013

*[signature]*
The Honorable Anna J. Brown
United States District Court Judge

[PROPOSED] CLAIM CONSTRUCTION ORDER                                            4